```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

MARC A. POWERS,
    Plaintiff,

    v.                                  CIVIL ACTION NO.
                                          18-40024-MBB

ANDREW SAUL,
Commissioner of the
Social Security Administration,
    Defendant.

## FINAL JUDGMENT

**August 15, 2019**

**BOWLER, U.S.M.J.**

    The issues having been duly heard and a decision rendered on June 7, 2019,

    It is **ORDERED** and **ADJUDGED** that the final decision of defendant Andrew Saul, Commissioner of the Social Security Administration, be **AFFIRMED** and that this action be **DISMISSED**.

                                            /s/ Marianne B. Bowler
                                         **MARIANNE B. BOWLER**
                                         United States Magistrate Judge